GOLD and HAMMES, Attorneys #80100 & 80149
1570 The Alameda #223
San Jose, CA 95126
(408) 297-8750
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  
    DAVID MICHAEL THOMPSON  
    THELMA THOMPSON

Debtor(s)

Chapter 13  
Case No. 10-5-6223 ASW

MOTION TO VALUE AND RENDER UNENFORCEABLE THE LIEN SECURED BY DEBTOR(S)' REAL PROPERTY RE CREDITOR:
    BANK OF THE WEST

_____/

    The Debtor(s) hereby move the Court for an order valuing Creditor's claim secured by Debtor(s)' real property at zero dollars; determining that said Creditor has no secured claim; and determining that the lien of said Creditor shall be unenforceable; pursuant to 11 U.S.C. §§ 506, 1322(b)(2), and 1327, as follows:

    1.    The Debtor(s) commenced this case on __June 15, 2010__ and filed the proposed Chapter 13 plan therewith, as it may have been later amended or modified.

    2.    Included on Debtor(s)' Schedule A filed herein is the Debtor(s)' real property commonly known as __6986 Gregorich Dr #D, San Jose CA 95138__, (hereinafter "Property").

    3.    Creditor has a claim secured by a consensual lien in the form of a Deed of Trust encumbering said Property with an approximate balance of $__50,755.27__. Creditor recorded said Deed of Trust on __Oct. 6, 2008__ in the Official Records of __Santa Clara__ County, California, Document No. __20006152__.

    4.    The claim of Creditor may have been transferred to, or Creditor's successor, servicer, agent, or assign, may be __Santa Clara Corporation__.

    5.    Said Property is subject to liens that were recorded prior to, or by operation of law, are senior to the lien of Creditor, as follows:

    a.    __Washington Mutual - Chase__, with the approximate balance on the petition date of $__392,408.10__, recorded on __April 18, 2006__;

1

b. _n/a_, with the approximate balance on the petition date of $ _n/a_, recorded on _n/a_;

c. the Santa Clara County Tax Collector, pursuant to 11 U.S.C. § 506(c), with the approximate balance of $ _4,346_ on the petition date; and

d. a homeowners association, _California Maison_, with arrears in the approximate amount of $ _1,000_ on the petition date.

6. The value of the Property on the petition date was $ _350,000_, as stated on Schedule A and supported by the Declaration of Debtor(s) filed herewith.

7. The total of the approximate pre-petition balances of all liens recorded prior to, or by operation of law, senior to the lien of Creditor is $ _397,754.10_, which amount exceeds the value of the Property.

8. Debtor(s) are entitled to value the lien of Creditor at zero dollars and void said lien pursuant to 11 U.S.C. §§ 506, 1322(b)(2), and 1327.

WHEREFORE, Debtor(s) respectfully request that the Court order that:

1. The secured claim of said Creditor secured by the consensual lien in the form of a Deed of Trust referenced in paragraph 3 above and encumbering Debtor(s)' Property be valued at zero dollars;

2. Said Creditor does not have a secured claim based upon said lien;

3. Said valuation of Creditor's secured claim and the determination that Creditor's claim does not have secured status shall be binding and shall govern the treatment of said secured claim and the lien upon which that claim is based in Debtor(s)' plan;

4. The lien of Creditor and any successor, transferee, servicer, agent, or assign, be void and unenforceable during the pendency of this case, as well as after completion of this case;

5. Upon the Debtor(s)' Chapter 13 discharge herein, the Order on this motion may be recorded by the Debtor(s) with the _Santa Clara_ County Recorder's Office;

6. If this case is dismissed or converted to a case under another chapter prior to discharge, this order shall cease to be effective, the lien shall be retained to the extent recognized by applicable nonbankruptcy law,

and upon application by the Creditor, the Court will enter an appropriate form of order restoring the lien; and

7. The Debtor(s) be granted such other relief as is just and proper.

Respectfully submitted,

Dated: 11-29-10

*Norma Hammes*
GOLD and HAMMES, Attorneys
Attorneys for Debtor(s)

3