GOLD and HAMMES, Attorneys #80100 & 80149
1570 The Alameda, Suite 223
San Jose, CA 95126
(408) 297-8750
Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

David Michael Thompson
Thelma Thompson
_____ Debtors          /

Chapter 13
Case No. 10-5-6223 ASW
SUPPLEMENTAL APPLICATION FOR ATTORNEY'S FEES AND
APPLICANT'S DECLARATION

1.   Debtors' petition was filed on   June 15, 2010  .

2.   The "Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys" was filed on   June 15, 2010  .

3.   Debtors' Attorney,   GOLD and HAMMES, Attorneys   , requests the approval of additional
     attorney's fees in the sum of   $800.00   pursuant to the Guidelines for Payment of Attorney's Fees in Chapter 13
     Cases (San Jose Division).

4.   Debtors' Attorney represents that the following event has occurred that, according to the Fee Guidelines, gives rise to a
     claim for additional fees, as follows:
     _____ Plan Modification has been filed
           _____ not requiring amended Schedules I & J. ($400)
           _____ requiring amended Schedules I & J. ($600)
     _____ Application for permission to sell, refinance, or purchase real property, or if one or more motions to avoid judicial
            liens, has been filed by the Applicant
           _____ not requiring a court hearing. ($500)
           _____ requiring a court hearing. ($750)
     _____ A new motion for relief from the automatic stay has been filed, excluding unopposed motions, after one year from
            the petition date
           _____ regarding personal property. ($400)
           _____ regarding real property. ($600)
     _____ Motion to dismiss, convert, or reconvert has been filed, excluding Trustee's Notices of Default regarding plan
            payments. ($450)
     _____ Preparation of income tax returns for the Debtors by Applicant for _____ tax years. ($200 per tax year)
       X   Motion or adversary proceeding to value and/or avoid real property liens. ($800)

     I, the undersigned, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:   December 13, 2010  

_____
Attorney for Debtors

     The Trustee has reviewed this Application and has no objection thereto.

          DEC 1 4 2010
Dated: _____

_____
Chapter 13 Trustee

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to this case. My business address is: 1570 The Alameda #223, San Jose CA
95126. I served this SUPPLEMENTAL APPLICATION FOR ATTORNEY'S FEES AND APPLICANT'S DECLARATION
by first class U.S. Mail, postage pre-paid, at San Jose, California, on those listed below on the date below. I declare under
penalty of perjury that the foregoing is true and correct.
     *David Michael Thompson
     *Thelma Thompson
     *6986 Gregorich #D
     *San Jose CA 95138
     *

Dated: 12-14-10  

_____