```
GOLD and HAMMES, Attorneys  #80100 & 80149
1570 The Alameda #223
San Jose, CA 95126
(408) 297-8750
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

DAVID MICHAEL THOMPSON
THELMA THOMPSON

Debtor(s)

_____/

Chapter 13
Case No.  10-5-6223 ASW

DECLARATION BY DEBTOR(S)' COUNSEL SUPPORTING MOTION TO APPROVE LOAN MODIFICATION

The undersigned, Debtor(s)' Counsel, hereby declares as follows:

1. I have reviewed the Loan Modification agreed to by and between the Creditor/Servicer, <u>Chase-Washington Mutual; Chase Home Finance, LLC</u> and the Debtor(s) herein and have compared the modified terms with the terms of the pre-existing loan to the extent available to me. A comparison of those terms is displayed in the table below.

| Data Type | Loan Terms as of Petition Date | Modified Loan Terms |
|---|---|---|
| Mo principal & interest payments | $2,495.48, adjustable after 05/01/2011 | $1,055.64 x 60 months, $1,226.41 x 12 months, $1,406.67 x 12 months, $1,570.80 x 396 months |
| Taxes & ins /escrow shortage | not impounded | $353.72/mo for taxes |
| Current total balance (w/arrears) | $392,408.10 | $402,097.70 |
| Loan amortization | fully amortizing | amortizing payments with balloon of $53,500 |
| Interest rate | 6.375%, adjustable interest rate starting 05/01/2011 | 2% x 60 months, 3% x 12 months, 4% x 12 months, 4.875% x 396 months |
| Maturity date of loan | 05/01/2036 | 04/01/2051 |

2. I believe it is in the Debtor(s)' best interest to agree to the loan modification terms offered by the Creditor/Servicer because Debtors are retired and have a fixed income. The non-modified loan payments are somewhat difficult for the Debtors to make regularly. The loan modification incorporates real property taxes that were otherwise to be paid through the Chapter 13 plan. Debtors understand that the lower loan payments require a 40 year loan with a $53,500 balloon at the end.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 4-5-11

*Norma Hammes*
GOLD and HAMMES, Attorneys