(408) 297-8750  #80100 & 80149
James J. Gold
Norma L. Hammes
GOLD and HAMMES, Attorneys
1570 The Alameda, Suite 223
San Jose, CA 95126
Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

David Michael Thompson
Thelma Thompson

Debtors_____/

Chapter 13
Case No. 10-5-6223 ASW

CERTIFICATE OF SERVICE RE
MOTION TO APPROVE LOAN MODIFICATION,
NOTICE OF MOTION TO APPROVE LOAN
MODIFICATION AND OF THE OPPORTUNITY FOR
HEARING, DEBTOR(S)' DECLARATION
SUPPORTING MOTION TO APPROVE LOAN
MODIFICATION, and DECLARATION BY
DEBTOR(S)' COUNSEL SUPPORTING MOTION TO
APPROVE LOAN MODIFICATION

I, the undersigned, declare that I am employed in the County of Santa Clara. I am over the age of 18 years and not a party to the within entitled action. My business address is 1570 The Alameda, Suite 223, San Jose, California.

On April 5, 2011, I served the within MOTION TO APPROVE LOAN MODIFICATION, NOTICE OF MOTION TO APPROVE LOAN MODIFICATION AND OF THE OPPORTUNITY FOR HEARING, DEBTOR(S)' DECLARATION SUPPORTING MOTION TO APPROVE LOAN MODIFICATION, and DECLARATION BY DEBTOR(S)' COUNSEL SUPPORTING MOTION TO APPROVE LOAN MODIFICATION by placing a true copy thereof with postage thereon prepaid in the United States Mail at San Jose, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

**Those entities listed on the attached exhibit A**

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on April 6, 2011, at San Jose, California.

Dated: April 6, 2011

Erica Trumm

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 10-56223<br>Northern District of California<br>San Jose<br>Wed Apr 6 10:53:30 PDT 2011 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| American InfoSource LP on behalf of Midland<br>PO Box 248897<br>Oklahoma City, OK 73124-8897 | BAC Home Loans Servicing, LP<br>c/o PROBER & RAPHAEL, A LAW CORPORATION<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364-6207 | BANK OF THE WEST<br>1450 TREAT BL<br>WALNUT CREEK, CA 94597-7579 |
| Candica L.L.C.<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121-3132 | Candica, L.L.C. DUP<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Chase Home Finance, LLC<br>3415 Vision Drive, Attn: OH4-7302<br>Columbus, OH 43219-6009 |
| Department Stores National Bank/Macys<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091-4275 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>Sacramento, CA 95812-2952 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| Norma L. Hammes<br>Law Offices of Gold and Hammes<br>1570 The Alameda #223<br>San Jose, CA 95126-2333 | NORDSTROM fsb<br>POB 6566<br>ENGLEWOOD CO 80155-6566 | Oak Harbor Capital Llc DUP<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121-3132 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541-1067 | Pacific Medical<br>PO Box 6000<br>San Francisco Ca 94160-0001 | Dean Prober DUP<br>Polk, Prober and Raphael<br>20750 Ventura Blvd. #100<br>Woodland Hills, CA 91364-6207 |
| Richard Ralston<br>Law Offices of Weinstein and Riley<br>2101 4th Ave. #900<br>Seattle, WA 98121-2339 | (p)REAL TIME RESOLUTIONS INC<br>PO BOX 36655<br>DALLAS TX 75235-1655 | Sallie Mae PC Trust<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 |
| Sallie Mae Private Credit DUP<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706-1430 | Tax Collector - Santa Clara Co -017<br>70 W Hedding St<br>San Jose CA 95110-1767 | David Michael Thompson<br>6986 Gregorich #D<br>San Jose, CA 95138-1915 |
| Wells Fargo Bank, N.A.<br>BDD Bankruptcy Dept,<br>MAC S4101-08C<br>100 W. Washington Street<br>Phoenix, AZ 85003-1805 | eCAST Settlement Corporation assignee of Cit<br>(South Dakota) NA<br>POB 29262<br>New York NY 10087-9262 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

# EXHIBIT A

Real Time Resolutions, Inc.
1750 Regal Row Suite 120
PO Box 39655
Dallas Texas 75235

End of Label Matrix
Mailable recipients     25
Bypassed recipients      0
Total                   25