GOLD and HAMMES, Attorneys #80100 & 80149
1570 The Alameda, Suite 223
San Jose, CA 95126
(408) 297-8750
Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

David Michael Thompson
Thelma Thompson
       Debtors    /

Chapter 13
Case No. 10-5-6223 ASW
SUPPLEMENTAL APPLICATION FOR ATTORNEY'S FEES AND APPLICANT'S DECLARATION

1. Debtors' petition was filed on __June 15, 2010__.

2. The "Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys" was filed on __June 15, 2010__.

3. Debtors' Attorney, __GOLD and HAMMES, Attorneys__, requests the approval of additional attorney's fees in the sum of __$500.00__ pursuant to the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division).

4. Debtors' Attorney represents that the following event has occurred that, according to the Fee Guidelines, gives rise to a claim for additional fees, as follows:
   ____ Plan Modification has been filed
       ____ not requiring amended Schedules I & J. ($400)
       ____ requiring amended Schedules I & J. ($600)
   __X__ Application for permission to sell, refinance, or purchase real property, or if one or more motions to avoid judicial liens, has been filed by the Applicant [Loan Modification]
       __X__ not requiring a court hearing. ($500)
       ____ requiring a court hearing. ($750)
   ____ A new motion for relief from the automatic stay has been filed, excluding unopposed motions, after one year from the petition date
       ____ regarding personal property. ($400)
       ____ regarding real property. ($600)
   ____ Motion to dismiss, convert, or reconvert has been filed, excluding Trustee's Notices of Default regarding plan payments. ($450)
   ____ Preparation of income tax returns for the Debtors by Applicant for _____ tax years. ($200 per tax year)
   ____ Motion or adversary proceeding to value and/or avoid real property liens. ($800)

I, the undersigned, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: __December 13, 2011__

                                                           /s/ Norma Hammes
                                                           Attorney for Debtors

The Trustee has reviewed this Application and has no objection thereto.

Dated: __12-20-11__

                                                           Chapter 13 Trustee

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to this case. My business address is: 1570 The Alameda #223, San Jose CA 95126. I served this SUPPLEMENTAL APPLICATION FOR ATTORNEY'S FEES AND APPLICANT'S DECLARATION by first class U.S. Mail, postage pre-paid, at San Jose, California, on those listed below on the date below. I declare under penalty of perjury that the foregoing is true and correct.
    *David Michael Thompson
    *Thelma Thompson
    *6986 Gregorich #D
    *San Jose CA 95138

Dated: __12-13-11__